UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC ABASTA,<br><br>          Plaintiff,<br><br>    v.<br><br>JEREMY BEAN, et al.,<br><br>          Defendants. | Case No.: 2:24-cv-01413-GMN-MDC<br><br>**ORDER** |

        On August 1, 2024, pro se plaintiff Eric Abasta, an inmate in the custody of the Nevada Department of Corrections (NDOC), submitted a civil-rights complaint under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* (IFP). (ECF Nos. 1-1, 1). Plaintiff's IFP application is incomplete because he failed to submit a financial certificate and an inmate trust fund account statement for the previous six-month period with it. (*See* ECF No. 1). Plaintiff is advised that to apply for IFP status, an inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed in Forma Pauperis for Inmate** (pages 1–3 of the Court's form) that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate** (page 4 of the Court's form) that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. LSR 1-2.

        It is therefore ordered that Plaintiff has **until October 14, 2024,** to either pay the full $405 filing fee or file with the Court a **Financial Certificate** that is properly signed by both the inmate and a prison or jail official and a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

        Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can either pay the filing fee or properly apply for IFP status.

1    The Clerk of the Court is directed to send plaintiff Eric Abasta the approved form
2 application to proceed *in forma pauperis* by an inmate and instructions for the same.
3    The Clerk of the Court is further directed to change the plaintiff's last name on the
4 docket to Abasta.
5    DATED THIS 13th day of August 2024.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE